# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. KENTE DOUGLAS                                    Docket No. 3:02CR00250(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kente Douglas, who was sentenced to 36 months' incarceration for a violation of 21 U.S.C.§§ 846 and 841(a)(1),(b)(1)(A), Conspiracy to Possess with Intent to Distribute Cocaine Base, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court at Hartford, Connecticut on October 14, 2003, who fixed the period of supervision at 5 years, and imposed the general terms and conditions, theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random drug testing, and the details to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or a part of the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office; and 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or a portion of the costs of such treatment, based on his ability to pay as approved by the U.S. Probation Office. Mr .Douglas commenced his term of supervised release on April 28, 2005, with a tentative termination date of April 27, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated
Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance except as prescribed by a physician."

On August 14, 2007, Mr. Douglas verbally admitted to using cocaine on three-separate occasions since approximately July 27, 2007. The defendant submitted a positive test result for cocaine on August 29, 2007, during his substance abuse assessment while at The Connection. Also, during an office appointment on October 24, 2007, Mr. Douglas rendered a positive urinalysis test for cocaine. Upon inquiry, Mr. Douglas stated that he has been actively using cocaine since July 2007, "once or twice on the weekends." During the aforementioned office appointment, Mr. Douglas readily admitted using cocaine three days prior on Sunday, October 21, 2007.

### Charge No. 2 - Condition Violated
Standard Condition: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

The defendant submitted Monthly Supervision Reports for July, August, September and October 2007, in which the checked off "No" on all of the aforementioned reports when inquiring, "Did you possess or use any illegal drugs?"

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Kente Douglas to appear before this Court at Hartford, Connecticut on _11-20-07 @ 3:30_ to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this ___9th___ day of
___November___, 2007 and ordered filed and made
a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By
_____
Patrick D. Norton
United States Probation Officer

Place __Hartford, Connecticut__

Date __11-9-07__

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this ___9th___ day of November 2007, at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge

JPM