# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:02-cr- 00250(AWT) |
| | ) | |
| v. | ) | |
| | ) | |
| SARI, et al | ) | NOVEMBER 26, 2007 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The Law Offices of Richard P. Silverstein, ct01351, hereby moves to withdraw its appearance on behalf of the Defendant, KENTE DOUGLAS (8), in the above captioned action. The reason for said request is as follows:

1. Mr. Douglas is currently being represented by other counsel for this matter.

WHEREFORE, defense counsel hereby petitions the Court to permit him to withdraw his appearance on behalf of the Defendant, KENTE DOUGLAS.

THE DEFENDANT

BY _____
Richard P. Silverstein
50 Elm Street
New Haven, CT   06510
Tel No. 203 865 3309
Ct01351

## ORDER

Upon the foregoing **Motion for Leave to Withdraw Appearance** having been heard, it is hereby ORDERED that said motion be

**GRANTED/DENIED.**

BY THE COURT

_____, J

## CERTIFICATION

This is to certify that a copy of the foregoing was e-filed on this **26th** day of **November, 2007** to the following counsel of record:

**H. Gordon Hall**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

**Peter D. Markle**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

RICHARD P. SILVERSTEIN, ESQ.