UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO: 3:02CR00250(AWT)

KENTE DOUGLAS

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On October 14, 2003, the above-named defendant, after a plea of guilty to a

violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), Conspiracy to Possess with

Intent to Distribute Cocaine Base, was sentenced to 36 months' incarceration, to be

followed by 5 years' supervised release, as ordered by the undersigned. In addition to

the mandatory and standard conditions of supervised release, the court imposed

special conditions requiring the defendant to participate in substance abuse and mental

health counseling.


The defendant was presented before the court on November 27, 2007, to

answer the charge that he violated the conditions of his supervised release as cited in a

Petition on Probation and Supervised Release dated November 9, 2007. The

defendant was represented by Attorney Daniel E. LaBelle, and given the opportunity to

be heard. The court found that the defendant had in fact violated one of the two

charges set forth in the Petition on Probation and Supervised Release.

Accordingly, it is hereby ordered that the defendant's term of supervised release be continued and the special conditions of supervised release be modified to include the requirement that the defendant participate in a residential substance abuse treatment program, as approved by the United States Probation Office.

It is so ordered.

Dated at Hartford, Connecticut this 29th day of November 2007.

_____
The Honorable Alvin W. Thompson
United States District Judge

2